# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company (fka Minnesota Mining and Manufacturing Co.) |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Allstar Fire Equipment Co. |
| Defendant 4 | Amerex Corporation |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | Arkema, Inc. |
| Defendant 7 | BASF Corporation |
| Defendant 8 | Buckeye Fire Equipment Co. |
| Defendant 9 | Carrier Global Corporation |
| Defendant 10 | CB Garment, Inc. dba CrewBoss |
| Defendant 11 | ChemDesign Products, Inc. |
| Defendant 12 | Chemguard, Inc. |
| Defendant 13 | Chemicals, Inc. |
| Defendant 14 | Chubb Fire, LTD |
| Defendant 15 | Clariant Corporation |
| Defendant 16 | Corteva, Inc. |
| Defendant 17 | Daikin America, Inc. |
| Defendant 18 | Deepwater Chemicals, Inc. |
| Defendant 19 | Du Pont de Nemours Inc. (fka DowDuPont Inc.) |
| Defendant 20 | Dynax Corporation |
| Defendant 21 | E.I. Du Pont de Nemours & Co. |
| Defendant 22 | Fire-Dex LLC |
| Defendant 23 | Globe Manufacturing Co. LLC |
| Defendant 24 | Honeywell Safety Products USA, Inc. |
| Defendant 25 | Innotex Corp. |
| Defendant 26 | L.N. Curtis & Sons |
| Defendant 27 | Mallory Safety & Supply LLC |

| | |
|---|---|
| Defendant 28 | Morning Pride Manufacturing LLC |
| Defendant 29 | Municipal Emergency Services Inc. |
| Defendant 30 | Narcote Canada Corporation (fka Stedfast, Inc.) |
| Defendant 31 | Narcote Holding Corporation |
| Defendant 32 | Narcote LLC dba Stedfast USA, Inc. |
| Defendant 33 | Nation Ford Chemical Co. |
| Defendant 34 | National Foam, Inc. |
| Defendant 35 | Perimeter Solutions, LP |
| Defendant 36 | Ricochet Manufacturing Co., Inc. |
| Defendant 37 | Safety Components, Inc., aka Safety Components Fabric Technologies, Inc. |
| Defendant 38 | Southern Mills Inc. dba Tencate Protective Fabrics |
| Defendant 39 | Sperian Protective Apparel, LLC |
| Defendant 40 | Stedfast USA, Inc. |
| Defendant 41 | The Chemours Co. |
| Defendant 42 | Tyco Fire Products LP as successor-in-interest to The Ansul Co. |
| Defendant 43 | United Technologies Corporation |
| Defendant 44 | UTC Fire & Security Americas Corporation, Inc. (fka GE Interlogix, Inc.) |
| Defendant 45 | Veridian Limited |
| Defendant 46 | WillFire HC LLC dba Willams Fire & Hazard Control |
| Defendant 47 | Witmer Public Safety Group Inc. dba The Fire Store |
| Defendant 48 | W.L. Gore & Associates, Inc. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒  Diversity

    ☐  Federal Question

    ☐  The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐  Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud

Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

<u>Other Causes of Action</u>:
Count XII – Punitive Damages_____
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others
_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

*Signature Page Follows*

Date: September 4, 2025

                                    Respectfully Submitted,

                                    MILLER LAW GROUP, PLLC

                                    By:  /s/ W. Stacy Miller II
                                          W. Stacy Miller II
                                          N.C. Bar No. 21198
                                          MaryAnne M. Hamilton
                                          N.C. Bar No. 59323
                                          Post Office Box 6340
                                          Raleigh, NC 27628
                                          T: (919) 348-4361
                                          F: (919) 729-2953
                                          maryanne@millerlawgroupnc.com

                                    WHITLEY LAW FIRM

                                    By:  /s/ Dakota S. Lee
                                          Dakota S. Lee
                                          Colorado Bar No. 56506
                                          1000 Social Street, Suite 200
                                          Raleigh, NC 27609
                                          T: (919) 785-5000
                                          dsl@whitleylawfirm.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Beauvais, Jamie | 1/2/1965 | AZ | D. Ariz. | X | | X | Thyroid Disease<br>Thyroid Cancer | 1–9, 12 |
| 2. | Brown, Jelani James-Dike | 11/7/1982 | FL | M.D. Fla. | X | | | Ulcerative Colitis | 1–9, 12 |
| 3. | Burris, James | 2/22/1966 | NC | M.D.N.C. | X | | X | Thyroid Cancer | 1–9, 12 |
| 4. | Cara, Brian Scott | 8/12/1966 | PA | M.D. Pa. | X | | X | Thyroid Disease | 1–9, 12 |
| 5. | Dole, James William | 11/9/1985 | CT | D. Conn. | X | | X | Thyroid Disease | 1–9, 12 |
| 6. | Dole, Michelle | 11/9/1985 | CT | D. Conn. | | | | | 11, 12 |
| 7. | Foster, Julie, o/b/o Michael Foster | 1/7/1970 | NV | D. Nev. | X | | X | Thyroid Disease | 1–9, 11, 12 |
| 8. | Galloway, Samuel Russell | 12/28/1978 | TX | N.D. Tex. | X | | X | Testicular Cancer | 1–9, 12 |
| 9. | Hemed, Jacob | 2/11/1967 | FL | M.D. Fla. | X | | | Thyroid Disease | 1–9, 12 |
| 10. | Hemed, Cheryl | 2/11/1967 | FL | M.D. Fla. | | | | | 11, 12 |
| 11. | Laabs, Gregory | 10/1/1959 | WI | W.D. Wisc. | X | | X | Thyroid Disease | 1–9, 12 |
| 12. | Laabs, Laura | 10/1/1959 | WI | W.D. Wisc. | | | | | 11, 12 |
| 13. | Madsen, Alexandra Sue | 2/10/1988 | WA | E.D. Wash. | X | | X | Thyroid Disease | 1–9, 12 |
| 14. | Matias Jr., Max Roger | 7/25/1971 | HI | D. Haw. | X | | X | Thyroid Disease | 1–9, 12 |
| 15. | Matias, Dorene Sophia Golden | 7/25/1971 | HI | D. Haw. | | | | | 11, 12 |
| 16. | Mesley, Lynn | 9/1/1964 | OH | S.D. Ohio | X | | X | Thyroid Disease | 1–9, 12 |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Mesley, Barry | 9/1/1964 | OH | S.D. Ohio | | | | | 11, 12 |
| 18. | Middleton, Melinda | 5/1/1963 | OH | N.D. Ohio | X | | X | Thyroid Cancer | 1–9, 12 |
| 19. | Mills, David Jonathon | 10/5/1979 | NC | E.D.N.C. | X | | X | Ulcerative Colitis | 1–9, 12 |
| 20. | Mills, Michelle | 10/5/1979 | NC | E.D.N.C. | | | | | 11, 12 |
| 21. | Norton III, Mark Edward | 4/1/1966 | TX | N.D. Tex. | X | | X | Thyroid Disease | 1–9, 12 |
| 22. | Reyna-Norton, Shelbie Jean | 4/1/1966 | TX | N.D. Tex. | | | | | 11, 12 |
| 23. | Rogers, Michael | 8/22/1957 | NM | D.N.M. | X | | | Thyroid Disease | 1–9, 12 |
| 24. | Santiago, Louis | 2/10/1950 | CA | C.D. Cal. | X | | | Thyroid Disease | 1–9, 12 |
| 25. | Stanley, Colleen Sue | 5/9/1952 | FL | S.D. Fla. | X | | | Thyroid Cancer | 1–9, 12 |
| 26. | Stapelkamp, Eric Dean | 10/30/1971 | MO | W.D. Mo. | X | | X | Thyroid Cancer | 1–9, 12 |
| 27. | Stapelkamp, Caroline | 10/30/1971 | MO | W.D. Mo. | | | | | 11, 12 |
| 28. | Stephens, Johnathon Allen | 4/26/1980 | PA | W.D.Pa. | X | | X | Thyroid Disease | 1–9, 12 |
| 29. | Taylor, Meguial Romone | 2/1/1980 | MO | W.D. Mo. | X | | | Thyroid Disease | 1–9, 12 |
| 30. | Wamsley, Patrick Robert | 1/17/1963 | CA | E.D. Cal. | X | | X | Thyroid Disease | 1–9, 12 |
| 31. | Wildeman, Erik Richard | 8/1/1972 | MO | W.D. Mo. | X | | X | Thyroid Disease | 1–9, 12 |
| 32. | Wilson Jr., James Brian | 9/8/1979 | IL | S.D. Ill. | X | | X | Thyroid Disease | 1–9, 12 |
| 33. | Wilson, Jennifer Ann | 9/8/1979 | IL | S.D. Ill. | | | | | 11, 12 |
| 34. | Wishon, Frank | 11/19/1967 | SC | D.S.C. | X | | | Thyroid Cancer | 1–9, 12 |